UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

CHRISTINE FABIOLA CAVAZOS )
    PETITIONER, a minor, by and through)
    Her Mother, )
ELIDA QUINTERO )
     )
v. )   C.A. **B-04-109**
     )
HON. COLIN POWELL )
    United States Secretary of State )
        And )
UNITED STATES OF AMERICA )
    RESPONDENTS )

**PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Cristina Fabiola Cavazos, ("Ms.Cavazos"), a minor, through her mother, Elida QUINTERO, ("Ms. Quintero"), respectfully files the instant Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, and in support of the same, shows as follows:

**I. JURISDICTION AND VENUE**

1. Jurisdiction over the case at bar is laid under 28 U.S.C. $\S\S$ 2241 (habeas corpus); 1331 (federal question), 1346(a)(2) (actions against officers of the United States, and 2201 et seq. (The Declaratory Judgment Act).

2. Ms. Cavazos' application for a United States Passport, which is the subject of the instant action, was made by herself and her mother, Ms. Quintero, at the U.S. Post Office in Brownsville, Texas, where Ms. Lopez resides, and is attending school, and which is within the Jurisdiction of this Court.

3. Because Ms. Cavazos birth was assisted by midwife, Enriqueta Gonzalez, of Brownsville, Texas, it appears that when Ms. Cavazos made her application the U.S. Department conducted a search in Mexico for possible birth registration in Mexico and denied her application for a U.S. Passport after finding a birth certificate in Mexico stating that Ms. Cavazos had been born on May 18, 1989 in Matamoros, Tamaulipas. However, the denial does not mention that this record was registered almost eleven months after the birth of Ms. Cavazos.

4. Because of the actions of the U.S. Department of State, Respondent Powell denied Ms. Cavazos' application for a United States Passport,[1] thereby imposing significant restraints on Petitioner's liberty which are not shared by the populace at large. This constitutes custody, within the meaning of Jones v. Cunningham, 371 U.S. 236, 240 (1963), for purpose of 28 U.S.C. $2241.

## II. THE PARTIES

5. Petitioner Cristine Fabiola Cavazos is a United States Citizen. She was born on May 18, 1989 in Brownsville, Texas.[2] She has been attending school, and residing in Brownsville, Texas.

6. Respondent Colin Powell is the duly appointed Secretary of State of the United States, and is sued in his official capacity only. The United States of America is also a named respondent.

## III. THE FACTS

---

[1] Petitioner's Exhibit A, herein incorporated by reference.
[2] Petitioner's Exhibit B, herein incorporated by reference.

7.  Cristine Fabiola Cavazos was born on May 18, 1989 in Brownsville, Texas. Her birth assisted by Enriqueta Gonzalez, of Brownsville, Texas, who was at the time a licensed midwife. Her father, Juan Francisco Cavazos, a United States Citizen by birth, at that time Mr. Cavazos worked for a maquiladora in Matamoros, was also present at the birth. Her birth was registered on May 22, 1989. Her parents also registered her in Mexico eleven-months after, on April 16, 1990.

8.  On April 23, 2003, Ms. Cavazos and her mother executed an application for a United States Passport in Brownsville, Texas. By letter dated July 24, 2003, said application was denied, on the grounds that the U.S. Department conducted a search for possible birth registration in Mexico and located a birth certificate stating that Ms. Cavazos had been born on May 18, 1989 in Matamoros, Tamaulipas, Mexico.

9.  Petitioner had been planning a trip abroad, which trip had to be cancelled, given the lack of passport. In addition, she is also in danger of being stopped at the port of entry, and detained for making a false claim to U.S. citizenship.[3]

## IV. PRAYER OF RELIEF

WHEREFORE, it is respectfully requested that this Court grant the requested brief, issue a Declaratory Judgment, declaring Petitioner to be a U.S. citizen, and a permanent injunction, retraining and enjoining Respondent Powell, from not issuing the requested passport. It is also requested that the Court requires

---

[3] Petitioner's Exhibit C, herein incorporated by reference.

Respondents to pay Petitioner's costs, and reasonable attorneys fees, and grant such other and further relief as the Court may consider appropriate.

Respectfully Submitted,

*/s/ Jaime*

Jaime Diez
Attorney at Law
Jones & Crane
862 W. Price Road
Brownsville, TX 78520
Federal Id:
Texas State Bar:
(956) 968-5468
(956) 969-0118

## VERIFICATION

I, Elida Quintero, Certify under penalty of perjury that I am the mother of the Petitioner, and that the above-stated facts are true and correct to the best of my knowledge and belief.



## CERTIFICATE OF COUNSEL

I, Jaime Diez, hereby certify that I am familiar with the procedural history of the case as stated above, and that it is true and correct to the best of my knowledge and belief

## CERTIFICATE OF SERVICE

I certify that a courtesy copy of the foregoing, with Exhibits, was personally delivered to the office of Nancy Masso, AUSA, 600 E. Harrison, Brownsville, Texas, this **30** day of June, 2004.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| CHRISTINE FABIOLA CAVAZOS )<br>    PETITIONER, a minor, by and through)<br>    Her Mother, )<br>ELIDA QUINTERO )<br> )<br>v. )<br> )<br>HON. COLIN POWELL )<br>    United States Secretary of State )<br>        And )<br>UNITED STATES OF AMERICA )<br>    RESPONDENTS )  | C.A. **B-04-109** |

**EXIBIT "A" IN SUPPORT OF**

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF



**United States Department of State**
Houston Passport Agency
*1919 Smith Street, Suite 1400*
*Houston, TX 77002*
*1-900-225-5674*

July 24, 2003

Elida Cavazos
960 Plantation Drive
Brownsville, TX  78526

RE:  Christine Fabiola Cavazos

Dear Ms. Cavazos:

We refer to your daughter's application for a United States passport which you and your daughter executed at the Cameron County Courthouse on April 21, 2003. As proof of United States citizenship for your daughter you submitted a Texas birth certificate filed by a midwife, Enriqueta Gonzalez on May 22, 1989.

Since the birth took place in a non-institutional setting we requested that the U.S. Department of State conduct a search for a possible birth registration in Mexico. As a result of this inquiry a Mexican birth registration was located in the state of Tamaulipas, Mexico stating that Christine Fabiola Cavazos Quintero was born on May 18, 1989 in H. Matamoros, Tamaulipas, Mexico. A photocopy of the document is enclosed.

Due to the above information, the Houston Passport Agency has no recourse but to deny your daughter's request for passport services. The local office of the Bureau of Citizenship and Immigration Services (formerly known as Immigration and Naturalization Service) may be able to assist your daughter by providing information about other travel documents or procedures for possible naturalization as a United States citizen. Once your daughter acquires United States citizenship, your daughter may execute another application for a United States passport.

Sincerely,

Mr. Arjo Botts
Acting Regional Director

Enclosure(s):  Photocopy of Mexican Birth Certificate

EB/pm

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| CHRISTINE FABIOLA CAVAZOS ) | | |
|     PETITIONER, a minor, by and through) | | |
|     Her Mother, ) | | |
| ELIDA QUINTERO ) | | |
| ) | | |
| v. ) | C.A._____ | |
| ) | | |
| HON. COLIN POWELL ) | | |
|     United States Secretary of State ) | | |
|         And ) | | |
| UNITED STATES OF AMERICA ) | | |
|     RESPONDENTS ) | | |

**EXIBIT "B" IN SUPPORT OF**

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

**BIRTH REGISTRATION CARD**
CAMERON COUNTY, TEXAS
BUREAU OF VITAL STATISTICS
BROWNSVILLE, TEXAS

CERTIFICATE NUMBER: 1718     BOOK: 89B12
NAME: CHRISTINE FABIOLA CAVAZOS
DATE OF BIRTH: MAY 18, 1989     SEX: F     COLOR: --
PLACE OF BIRTH: BROWNSVILLE, TEXAS PCT. #2
DATE FILED: JUNE 1, 1989     DATE ISSUED: JULY 13, 1989

This a true certification of name and birth facts as recorded in this office.

JOE G. RIVERA, COUNTY CLERK
CAMERON COUNTY, TEXAS

BY Elizabeth Martinez, DEPUTY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| CHRISTINE FABIOLA CAVAZOS )<br>    PETITIONER, a minor, by and through)<br>    Her Mother, )<br>ELIDA QUINTERO )<br>     )<br>v. )<br>     )<br>HON. COLIN POWELL )<br>    United States Secretary of State )<br>        And )<br>UNITED STATES OF AMERICA )<br>    RESPONDENTS ) | B-04-109<br>C.A._____ |

**EXIBIT "C" IN SUPPORT OF**

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

| | FOLIO |
|---|---|
| No. DE CONTROL | 179671 |

**ACTA DE NACIMIENTO**

ACTA ORIGINAL: 2802201?0011658



# ESTADOS UNIDOS MEXICANOS
## GOBIERNO DEL ESTADO DE TAMAULIPAS
### REGISTRO CIVIL

CLAVE UNICA DE REG. DE POBLACION: 28 02 20 19 001165 8

| OFICIALIA No. | LIBRO No. | ACTA No. | LOCALIDAD | FECHA DE REG. |
|---|---|---|---|---|
| 1a. | 06. | 1165. | H. Matamoros Tamps. | 16 / 04 / |

MUNICIPIO O DELEGACION: H. Matamoros   ENTIDAD FEDERATIVA: Tamps.

**NOMBRE:** CHRISTINE FABIOLA (NOMBRE(S))   REGISTRADO: CAVAZOS (PRIMER APELLIDO)   QUINTERO (SEGUNDO APELLIDO)   SEXO: MASCULINO ◯  FEMENINO ●

**FECHA DE NACIMIENTO:** 18 de Mayo de 1989.   HORA: 12:00

**LUGAR DE NACIMIENTO:** H. Matamoros (LOCALIDAD)   Matamoros (MUNICIPIO O DELEGACION)   Tamaulipas.

**FUE REGISTRADO:** VIVO (X)   MUERTO ( )   No. DE CERTIFICADO DE NACIMIENTO: = = = = =

**COMPARECIO:** EL PADRE ( )   LA MADRE (X)   AMBOS ( )   PERSONA DISTINTA ( )

### PADRES

**NOMBRE DEL PADRE:** ING. JUAN FRANCISCO CAVAZOS OJEDA   NACIONALIDAD: MEXICANA   EDAD: 36
**DOMICILIO:** Colima y Mexicali # 30 Frcto. Victoria.
**NOMBRE DE LA MADRE:** ELIDA QUINTERO DE CAVAZOS.   NACIONALIDAD: MEXICANA   EDAD: 33
**DOMICILIO:** Colima y Mexicali # 30 Frcto. Victoria.

### ABUELOS

**ABUELO PATERNO:** JESUS CAVAZOS.   (FINADO)   NACIONALIDAD: MEXICANA
**ABUELA PATERNA:** JOSEFA OJEDA VDA. DE CAVAZOS.   NACIONALIDAD: MEXICANA
**DOMICILIO(S):** Hidalgo 14 y 15
**ABUELO MATERNO:** JUSTINO QUINTERO.   NACIONALIDAD: MEXICANA
**ABUELA MATERNA:** NORA LEAL DE QUINTERO.   NACIONALIDAD: MEXICANA
**DOMICILIO(S):** Solernau 2 y 3 # 47

### TESTIGOS

**NOMBRE:** ROSALINDA PEREZ DE V.   NACIONALIDAD: MEXICANA   EDAD: 48
**DOMICILIO:** Col. Modelo.
**NOMBRE:** ADORALIDA GUAJARDO.   NACIONALIDAD: MEXICANA   EDAD: 32
**DOMICILIO:** 20 y Matamoros

### PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

**NOMBRE:** ___   **PARENTESCO:** ___   **EDAD:** ___
**DOMICILIO:** ___

FIRMAS DE LOS TESTIGOS

2o. Hijo Leg.
Mat. Reg. en =
esta * Ciudad el
año 1981 Acta #
9-2.=

jgl

**HUELLA DIGITAL DEL REGISTRADO**   SE DIO LECTURA A LA PRESENTE ACTA Y CONFORMES CON SU CONTENIDO LA RATIFICAN Y FIRMAN QUIENES EN ELLA INTERVINIERON Y SABEN HACERLO Y QUIENES NO, IMPRIMEN SU HUELLA DIGITAL, DOY FE.

EL C. OFICIAL 1o. DEL REGISTRO CIVIL.

C.P. FRANCISCO MARROQUIN C.

**PULGAR DERECHO**   NOMBRE   FIRMA

OFICIALIA 1?
REGISTRO C.
H. MATAMOROS

LA PRESENTE ACTA TIENE ANEXAS LAS ANOTACIONES SIGUIENTES: RECIBO # 1040806 C.N.V.