IN THE UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHRISTINE FABIOLA CAVAZOS<br>a minor, by and through her Mother,<br>ELIDA QUINTERO,<br>Petitioner, | * * * * * | |
| v. | * * | CIVIL ACTION NO. B - 04 - 109 |
| COLIN POWELL, United States Secretary<br>of state, and the UNITED STATES OF<br>AMERICA,<br>Respondents. | * * * * | |

## UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE AND ATTENDANT DEADLINES

TO SAID HONORABLE COURT:

Plaintiffs, Chritine Fabiola Cavazos, a minor, by and through her Mother, Elida Quintero, file this unopposed Motion to Continue Pretrial Conference and Attendant Deadlines and would show the Court the following.

1. All parties have agreed to continue this matter based upon the necessity for more time to confer pretrial matters further.

**WHEREFORE PREMISES CONSIDERED,** Plaintiffs Chritine Fabiola Cavazos, a minor, by and through her Mother, Elida Quintero, hereby request that the Court reissue its Order of Conference and Disclosure of Interested Parties for a date sometime within the next thirty (30) and for such other and further relief to which they may be entitled.

Respectfully submitted

*[signature]*

JAIME DIEZ
Attorney at Law
Jones & Crane
862 W. Price Road
Brownsville, TX 78520
Federal Id: 23118
Texas State Bar: 783966
(956) 968 - 5468
(956) 969 - 0118