UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| CHRISTINE FABIOLA CAVAZOS )<br>    PETITIONER )<br> )<br>v. )<br> )<br>HON. COLIN POWELL )<br>    United States Secretary of State )<br>        And )<br>UNITED STATES OF AMERICA )<br>    RESPONDENTS ) | C.A. B-04-109 |

ORDER

On this the _____ day of _____,
2004 the Court after considering the Unopposed Motion to
Continue Pretrial Conference and Attendant Deadlines orders
that it be:

       Granted    _____

       Denied     _____

       Set for a Pretrial Conference for _____
day of _____, 200____, at _____ o'cklock

_____
Judge