United States District Court
Southern District of Texas
ENTERED

JAN 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

CHRISTINE FABIOLA CAVAZOS     )
    PETITIONER                )
                              )
v.                            )   C.A. B-04-109
                              )
HON. COLIN POWELL             )
    United States Secretary of State  )
        And                   )
UNITED STATES OF AMERICA      )
    RESPONDENTS               )

ORDER

On this the **3Rd** day of **January**, 200**5** the Court after considering the Unopposed Motion to Continue Pretrial Conference and Attendant Deadlines orders that it be:

Granted   ✓

Denied    _____

Set for a Pretrial Conference for **10th** day of **February**, 200**5**, at **2:00 p.m.** o'clock

_____
Judge