United States District Court
Southern District of Texas
ENTERED

**JAN 0 3 2005**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

CHRSITINE FABIOLA CAVAZOS          )
    PETITIONER                    )
                                  )
v.                                 )          C.A. B-04-109
                                  )
HON. COLIN POWELL                  )
    United States Secretary of State )
        And                       )
UNITED STATES OF AMERICA           )
    RESPONDENTS                   )

**ORDER**

On this the 28th day of December, 2004 the Court after considering the Unopposed Motion to Amend Petition for Writ of Habeas Corpus and Complaint for Declaratory Judgment and Injunctive Relief orders that it be:

Granted     ✓ _____

Denied     _____

Set for a Hearing for _____ day of _____, 200___, at _____ o'clock

_____
Judge