**IN THE UNITES STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CHRISTINE FABIOLA CAVAZOS | * | |
| a minor, by and through her Mother, | * | |
| ELIDA QUINTERO, | * | |
|     Petitioner, | * | |
| | * | CIVIL ACTION NO. B - 04 - 109 |
| v. | * | |
| | * | |
| COLIN POWELL, United States Secretary | * | |
| of state, and the UNITED STATES OF | * | |
| AMERICA, | * | |
|     Respondents. | * | |

<u>DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES</u>

The following are interested parties:

1.  Honorable Colin Powell, United States Secretary of State

2.  The United States of America

3.  The United States Attorney's Office for the Southern District of Texas.


Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney


   <u>/s/ Rene Carlo Benavides   </u>
Rene Carlo Benavides
Assistant United States Attorney
Southern District of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618 - 8010 (956) 618 - 8016 fax
Texas Bar No. 24025248
Southern Dist. No. 26215

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and a correct copy of the foregoing Certificate of Interested Parties has been forwarded to plaintiff's counsel of record, Jaime Diez, Wellington Plaza, 2320 Central Blvd. P.O. Box 3070, Brownsville, Texas 78520 by certified mail, return receipt requested, e-mail or by fax at (956) 550 - 0006 on this the 1 day of February, 2005.

          /s/ Rene Carlo Benavides
          Rene Carlo Benavides
          Assistant United States Attorney