# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHRISTINE FABIOLA CAVAZOS, § | | United States District Court |
| A minor, by and through her Mother | | Southern District of Texas |
| ELIDA QUINTERO § | | FILED |
| | | FEB 1 0 2005 |
| VS § | C.A. NO. B-04-109 | Michael N. Milby |
| | (Judge Tagle) | Clerk of Court |
| COLIN POWELL, United States Secretary of State § | | |
| And the UNITED STATES OF AMERICA | | |

## SCHEDULING ORDER

1. Trial: Estimated time to try : __2__ days.    ☐ Bench  ☐ Jury

2. New parties must be joined by:    **March 31, 2005**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:    **April 18, 2005**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.    **June 6, 2005**

5. Discovery must be completed by:    **July 5, 2005**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

*********************************** The court will provide these dates. ***********************************

6. Dispositive Motions will be filed by:    **July 14, 2005**

7. Joint pretrial order is due:    **September 27, 2005**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle is set for 1:30 p.m. on:    **October 11, 2005**
   *The case will remain on standby until tried.*

9. The jury selection before Judge Tagle is set for 9:00 a.m. on:    **November 7, 2005**

The case will remain on standby until tried.

Signed **February 10, 2005**, at Brownsville, Texas.

*/s/ Felix Recio*
Felix Recio
United States Magistrate Judge