```
                                            United States District Court
                                            Southern District of Texas
                                                     FILED
         UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF TEXAS      MAR 0 8 2005
             BROWNSVILLE, DIVISION
                                              Michael N. Milby
                                               Clerk of Court
```

CHRSITINE FABIOLA CAVAZOS )
    PETITIONER )
)
v. ) C.A. B-04-109
)
HON. COLIN POWELL )
    United States Secretary of State )
        And )
UNITED STATES OF AMERICA )
    RESPONDENTS )

**MOTION FOR LEAVE TO AMMENDED PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Now comes Jaime Diez, Attorney for CHRSITINE FABIOLA Cavazos, ("Ms.Cavazos) respectfully files unopposed motion to amend petition for writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief.

Respectfully Submitted,

_____
Jaime Diez
Attorney at Law
Jones & Crane
PO BOX 3070
Brownsville, TX 78523
Federal Id: 23118
Texas State Bar:00783966
(956) 544-3565
(956) 550-0006

CERTIFICATE OF SERVICE

I, Jaime Diez, certify that a courtesy copy of the foregoing, with Exhibits, was send via first class mail to Rene Benavidez, AUSA, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 8th day of March, 2005.

_____
Jaime Diez


CERTIFICATE OF CONFERENCE

I, Jaime Diez, certify that I spoke to AUSA, Rene Benavidez, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 8th day of March, 2005 and he was not opposed to the granting of this Motion.

_____
Jaime Diez