**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE, DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 0 8 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **CHRSITINE FABIOLA CAVAZOS** ) | |
|     **PETITIONER** ) | |
| ) | |
| **v.** ) | **C.A. B-04-109** |
| ) | |
| **HON. COLIN POWELL** ) | |
|     **United States Secretary of State** ) | |
|         **And** ) | |
| **UNITED STATES OF AMERICA** ) | |
|     **RESPONDENTS** ) | |

**SECOND AMMENDED PETITION FOR WRIT OF HABEAS CORPUS**
**AND/OR COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Christine Faviola Cavazos, ("Ms.Cavazos) respectfully files the
instant Petition for Writ of Habeas Corpus and Complaint for
Declaratory and Injunctive Relief, and in support of the same,
shows as follows:

## I. JURISDICTION AND VENUE

1. Jurisdiction over the case at bar is laid under 8 U.S.C.
1503 for a grant of general jurisdiction; 1331 (federal
question), 1346(a)(2) (actions against officers of the United
States, and 2201 et seq. (The Declaratory Judgment Act).

2. Ms. Cavazos' application for a United States Passport,
which is the subject of the instant action, was made by herself
and her mother, Ms. Quintero, at the U.S. Post Office in
Brownsville, Texas, where Ms. Cavazos' resides, and is attending
school, and which is within the Jurisdiction of this Court.

3. Because Ms. Cavazos birth was assisted by midwife,
Enriqueta Gonzalez, of Brownsville, Texas, it appears that when
Ms. Cavazos made her application the U.S. Department conducted a

search in Mexico for possible birth registration in Mexico and denied her application for a U.S. Passport after finding a birth certificate in Mexico stating that Ms. Cavazos had been born on May 18, 1989 in Matamoros, Tamaulipas. However, the denial does not mention that this record was registered almost eleven months after the birth of Ms. Cavazos.

4.    Because of the actions of the U.S. Department of State, Respondent Powell denied Ms. Cavazos' application for a United States Passport,[1] thereby imposing significant restraints on Petitioner's liberty which are not shared by the populace at large. This constitutes custody, within the meaning of Jones v. Cunningham, 371 U.S. 236, 240 (1963), for purpose of 28 U.S.C. §2241.

## II. THE PARTIES

5.    Petitioner Cristine Fabiola Cavazos is a United States Citizen. She was born on May 18, 1989 in Brownsville, Texas.[2] She has been attending school, and residing in Brownsville, Texas.

6.    Respondent Colin Powell is the duly appointed Secretary of State of the United States, and is sued in his official capacity only. The United States of America is also a named respondent.

## III. THE FACTS

7.    Cristine Fabiola Cavazos was born on May 18, 1989 in Brownsville, Texas. Her birth assisted by Enriqueta Gonzalez, of

---

[1] Petitioner's Exhibit A, herein incorporated by reference.

[2] Petitioner's Exhibit B, herein incorporated by reference.

Brownsville, Texas, who was at the time a licensed midwife. Her father, Juan Francisco Cavazos, a United States Citizen by birth, at that time Mr. Cavazos worked for a maquiladora in Matamoros, was also present at the birth. Her birth was registered on May 22, 1989. Her parents also registered her in Mexico eleven-months after, on April 16, 1990.

8.   On April 23, 2003, Ms. Cavazos and her mother executed an application for a United States Passport in Brownsville, Texas. By letter dated July 24, 2003, said application was denied, on the grounds that the U.S. Department conducted a search for possible birth registration in Mexico and located a birth certificate stating that Ms. Cavazos had been born on May 18, 1989 in Matamoros, Tamaulipas, Mexico.

9.   Petitioner had been planning a trip abroad, which trip had to be cancelled, given the lack of passport. In addition, she is also in danger of being stopped at the port of entry, and detained for making a false claim to U.S. citizenship.[3]

IV.   PRAYER OF RELIEF

WHEREFORE, it is respectfully requested that this Court grant the requested brief, issue a Declaratory Judgment, declaring Petitioner to be a U.S. citizen, and a permanent injunction, retraining and enjoining Respondent Powell, from not issuing the requested passport. It is also requested that the Court requires Respondents to pay Petitioner's costs, and reasonable attorneys

---

[3] Petitioner's Exhibit C, herein incorporated by reference.

fees, and grant such other and further relief as the Court may consider appropriate.


Respectfully Submitted,


Jaime Diez
Attorney at Law
Jones & Crane
Jones & Crane
PO BOX 3070
Brownsville, TX 78523
Federal Id: 23118
Texas State Bar:00783966
(956) 544-3565
(956) 550-0006

VERIFICATION

I, Elida Quintero, Certify under penalty of perjury that I am the mother of the Petitioner, and that the above-stated facts are true and correct to the best of my knowledge and belief.



VERIFICATION

I, Paola L Cavazos, Certify under penalty of perjury that I am the Petitioner, and that the above-stated facts are true and correct to the best of my knowledge and belief.



CERTIFICATE OF COUNSEL

I, Jaime Diez, hereby certify that I am familiar with the procedural history of the case as stated above, and that it is true and correct to the best of my knowledge and belief



CERTIFICATE OF SERVICE

I, Jaime Diez, certify that a courtesy copy of the foregoing, with Exhibits, was personally delivered to the office of Rene Benavides, AUSA, 1701 W. Bus. Hwy. 83, McAllen, Texas 78501, this 28th day of December 2004.



CERTIFICATE OF CONFERENCE

I, Jaime Diez, certify that I spoke to AUSA, Rene Benavidez, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 8th day of March, 2005 and he was not opposed to the granting of this Motion.



**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE, DIVISION**

| | | |
|---|---|---|
| **PAOLA LIZETH CAVAZOS** | ) | |
|     **PETITIONER** | ) | |
| | ) | |
| **v.** | ) | **C.A. B-04-108** |
| | ) | |
| **HON. COLIN POWELL** | ) | |
|     **United States Secretary of State** | ) | |
|         **And** | ) | |
| **UNITED STATES OF AMERICA** | ) | |
|     **RESPONDENTS** | ) | |

**EXIBIT "C" IN SUPPORT OF**

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF