United States District Court
Southern District of Texas
FILED

MAR 0 8 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| CHRISTINE FABIOLA CAVAZOS )<br>    PETITIONER )<br> )<br>v. )<br> )<br>HON. COLIN POWELL )<br>    United States Secretary of State )<br>        And )<br>UNITED STATES OF AMERICA )<br>    RESPONDENTS ) | C.A. B-04-109 |

**MOTION TO JOIN THIS CASE WITH ANOTHER CASE**

Now comes Jaime Diez, Attorney for Christine Faviola Cavazos, ("Ms.Cavazos) respectfully files this unopposed motion for leave requesting that her case be Joined with the Case of her sister (C.A. B-04-108).

Respectfully Submitted,

/s/ Jaime Diez
Jaime Diez
Attorney at Law
Jones & Crane
PO BOX 3070
Brownsville, TX 78523
Federal Id: 23118
Texas State Bar:00783966
(956) 544-3565
(956) 550-0006

## CERTIFICATE OF SERVICE

I, Jaime Diez, certify that a courtesy copy of the foregoing, with Exhibits, was send via first class mail to Rene Benavidez, AUSA, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 8th day of March, 2005.

_____
Jaime Diez


## CERTIFICATE OF CONFERENCE

I, Jaime Diez, certify that I spoke to AUSA, Rene Benavidez, at 1701 W. Hwy. 83 #600, McAllen, Texas, this 8th day of March, 2005 and he was not opposed to the granting of this Motion.

_____
Jaime Diez