# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE, DIVISION

| | |
|---|---|
| **CHRISTINE FABIOLA CAVAZOS** ) <br> **PETITIONER** ) <br> ) <br> v. ) <br> ) <br> HON. COLIN POWELL ) <br> United States Secretary of State ) <br> And ) <br> UNITED STATES OF AMERICA ) <br> **RESPONDENTS** ) | C.A. B-04-109 |

## ORDER

On this the _____ day of _____, 2005 the Court after considering this Unopposed Motion to Join this case with case No C.A. B-04-108:

    Granted    _____

    Denied    _____

    Set for a Hearing for _____ day of _____, 200\_\_\_\_, at _____ o'clock

_____
Judge