UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CHRSITINE FABIOLA CAVAZOS<br>    PETITIONER<br><br>v.<br><br>HON. COLIN POWELL<br>    United States Secretary of State<br>        And<br>UNITED STATES OF AMERICA<br>    RESPONDENTS | C.A. B-04-109 |

### ORDER

On this the __11th__ day of __March__, 2005 the Court after considering the Unopposed Motion to Amend Petition for Writ of Habeas Corpus and Complaint for Declaratory Judgment and Injunctive Relief orders that it be:

Granted ✓ _____

Denied _____

~~Set for a Hearing for ____ day of _____, 200__, at ____ o'clock~~

_____
Judge