UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CHRISTINE FABIOLA CAVAZOS )<br>    PETITIONER )<br>)<br>v. )<br>)<br>HON. COLIN POWELL )<br>    United States Secretary of State )<br>        And )<br>UNITED STATES OF AMERICA )<br>    RESPONDENTS ) | C.A. B-04-109 |

ORDER

On this the __11th__ day of __March__, 2005 the Court after considering this Unopposed Motion to Join this case with case No C.A. B-04-108:

Granted  ✓

Denied  _____

~~Set for a Hearing for _____ day of _____, 200__, at _____ o'clock~~

_____
Judge