UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 6 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CHRSITINE FABIOLA CAVAZOS ) | |
|    PETITIONER ) | |
| ) | |
| v. ) | C.A. B-04-109 |
| ) | |
| HON. COLIN POWELL ) | |
|    United States Secretary of State ) | |
|       And ) | |
| UNITED STATES OF AMERICA ) | |
|    RESPONDENTS ) | |

## UNOPPOSSED MOTION FOR LEAVE FOR PLAINTIFF TO DESIGNATE EXPERT

NOW COMES, **CHRSITINE FABIOLA CAVAZOS**, Plaintiff in the above entitled and numbered cause, by an through her attorney, Jaime Diez, respectfully moves this Honorable Court for leave to file Late it's designation of experts.

The designation of experts by Plaintiff was due on April 18th, 2005. The granting of this motion will not result in any delay on this case.

WHEREFORE, Defendant prays that the foregoing motion be granted and leave to file late objections be granted.

Respectfully submitted,

BY: _____
Jaime Diez
Attorney for Defendant
PO BOX 3070- Brownsville, TX 78523
Texas State Bar # 0073966
Federal Bar # 23118
Telephone 956 544-3565
Fax 956 969-0118

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2005 a copy of this Unopposed Motion for Leave to File Objections was send via first class mail to 1701 W. Bus. 83- Suite 600, McAllen, TX 78501.

                                                Jaime M. Diez
                                                Attorney At Law

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Assistant United States Attorney Rene Hernandez regarding this motion and he has stated to me that the Government does not oppose to the granting of this motion.

                                                Jaime M. Diez
                                                Attorney At Law