UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| CHRSITINE FABIOLA CAVAZOS )<br>    PETITIONER )<br>    )<br>v. )<br>    )<br>HON. COLIN POWELL )<br>    United States Secretary of State )<br>        And )<br>UNITED STATES OF AMERICA )<br>    RESPONDENTS ) | C.A. B-04-109 |

### ORDER

ON THIS DATE, came to be considered Plaintiff's *Motion for Leave to File Late Designation of Experts* and the Court, after due consideration of the same, is of the opinion that said motion should be:

GRANTED: _____

DENIED: _____

SIGNED and ORDERED this \_\_\_\_\_ day of _____, 2005.

_____