United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

MAY 1 6 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHRISTINE FABIOLA CAVAZOS | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO. |
| | § | |
| COLIN POWELL, United States Secretary | § | B-04-109 |
| of State and | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |

## PLAINTIFFS DESIGNATION OF EXPERT WITNESSES

COMES NOW, PAOLA LIZETH CAVAZOS, Defendant in the above entitled and numbered cause, and files its Designation of Expert Witnesses as follows:

### I.

### Expert Witnesses

A.   Honorable Joe Rivera
     County Clerk
     PO BOX 2178
     Brownsville, TX 78520
     Telephone: (956) 544-0815
     Fax (956) 544-0813

Mr. Rivera will testify as to his personal knowledge that in the border area it is very common for people who are born in the United States to then be registered in Mexico as having been born also in Mexico. His report and the information required by Federal Rule of Civil Procedure 26(a)(2)(B) are attached hereto as "Exhibit A" and incorporated herein by reference as if fully set forth at length.

50973:1094744.1:022504

## II.

## Cross-Designation of Witnesses

Plaintiff hereby cross designates and states that it may call any expert witness identified or designated by an adverse party or any employee or representative of an adverse party, subject to any objections Defendant may make concerning the designation of those expert witnesses.

## III.

## Cross-Examination

Plaintiff reserves the right to elicit, by way of cross-examination, opinion testimony from experts designated and called by other parties to the suit. Plaintiff may also call, as a witness associated with other parties, any expert witness of any party who may be added to this lawsuit.

## IV.

### Right to Withdraw Designation of Any Expert

Plaintiff reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness to trial and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

## V.

### Right to Elicit Any Expert Opinion or Lay Opinion Testimony

Plaintiff reserves the right to elicit any expert opinion or lay opinion testimony at the time of trial which would be truthful, which would be of benefit to the Court to determine material issues of fact, and which would not be violative of any existing Court order or the Federal Rules of Civil Procedure.

## VI.

### Designation of Adverse Parties

Plaintiff hereby designates, as adverse parties, potentially adverse parties, and/or as witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial.  In the event that present or future parties designate an expert, but is subsequently dismissed for any reason from the suit or fails to call any designated expert, Plaintiff reserves the right to designate and/or call any such party or any such experts previously designated by any party.

## VII.

### Reservation of Additional Rights

Plaintiff reserves whatever additional rights it may have with regard to experts, pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Civil Evidence, the case law construing same and the rulings of the Court.

## VIII.

### Reservation of Right to Supplement Designation

Plaintiff reserves the right to supplement this designation with additional designations of experts within any time limits imposed by the Court or any alterations of same by subsequent Court order or agreement of the parties or pursuant to the Federal Rules of Civil Procedure and/or the Federal Rules of Civil Evidence.

Respectfully submitted,

JONES & CRANE

By: _____
            Jaime Diez
            Federal I.D. No.
            Texas Bar No. 00783966
            P. O. Box 3070
            Brownsville, Texas 78523
            Telephone:  (956) 968-5468
            Facsimile:   (956) 969-0118

## CERTIFICATE OF SERVICE

I certify that on this 16TH day of May 2005, a true and correct copy of Defendant's Designation of Expert Witnesses was sent via first class mail to the Rene Benavidez, Assistant United States Attorney, at 1701 W. Business 83- Suite-600, McAllen, TX 78501.

Jaime Diez