UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 17 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CHRSITINE FABIOLA CAVAZOS ) | |
|     PETITIONER ) | |
| ) | |
| v. ) | C.A. B-04-109 |
| ) | |
| HON. COLIN POWELL ) | |
|     United States Secretary of State ) | |
|         And ) | |
| UNITED STATES OF AMERICA ) | |
|     RESPONDENTS ) | |

## ORDER

ON THIS DATE, came to be considered Plaintiff's *Motion for Leave to File Late Designation of Experts* and the Court, after due consideration of the same, is of the opinion that said motion should be:

GRANTED: ✓

DENIED: _____

SIGNED and ORDERED this 17th day of May, 2005.

_____
Felix Recio
United States Magistrate Judge